NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

O2 MICRO INTERNATIONAL LTD. AND O2 MICRO INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

MICROSEMI CORPORATION, ·
*Intervenor.*

2010-1482

On appeal from the United States International Trade Commission in Investigation No. 337-TA-666.

ON MOTION

# O R D E R

Microsemi Corporation moves for a 60-day extension of time, until November 25, 2011, to file its responsive brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 14 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Henry C. Bunsow, Esq.
     Panyin A. Hughes, Esq.
     Mark W. Yocca, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 14 2011**

**JAN HORBALY**
**CLERK**